# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2845
LT Case Nos. 2024-DP-000141-A

_____

G.M.G., Father of A.P., a minor
Child,

      Appellant,

      v.

DEPARTMENT of CHILDREN and
FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for
Appellant.

Rachel Batten, of Department of Children & Families, Children's
Legal Services, Brooksville, for Appellee, Department of Children
and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals,
and Amanda Victoria Glass, Senior Attorney, Appellate Division,
of Statewide Guardian ad Litem Office, and Stephanie Elona
Novenario, Pro Bono Guardian ad Litem Attorney,
Defending Best Interests, Tallahassee, for Statewide
Guardian ad Litem.

December 30, 2025

PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____